UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN OWENS,

    Plaintiff,

v.                                                      CASE NO: 8:08-cv-2121-T-26EAJ

JIM COATS, *et al.*,

    Defendants.
_____/

## O R D E R

Upon due consideration, Plaintiff's Motion for Copies (Dkt. 4) is denied.  The Court, however, will provide Plaintiff with a list of the case numbers of the cases he has filed in this Court:8:08-cv-422; 8:08-cv-1072; 8:08-cv-1531; 8:08-cv-1749; 8:08-cv-2121; 8:08-cv-2501; 8:08-mc-13; and 8:09-cv-1336.  All of these cases were dismissed.

**DONE AND ORDERED** at Tampa, Florida, on December 7, 2012.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Plaintiff, *pro se*